**Dismissed and Opinion Filed February 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01493-CV

**LEONDRA JONES, Appellant**
**V.**
**DYKE-O'NEAL, INC., Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-05427-2016**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 29, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned her that failure to do so would result in dismissal of the appeal. Also by postcard dated December 29, 2017, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 30, 2018, we informed appellant the clerk's record had not been filed because she had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We

cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Lana Myers/
_____
LANA MYERS
JUSTICE


171493F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LEONDRA JONES, Appellant

No. 05-17-01493-CV     V.

DYKE-O'NEAL, INC., Appellee

On Appeal from the 417th Judicial District Court, Collin County, Texas

Trial Court Cause No. 417-05427-2016.

Opinion delivered by Justice Myers.

Justices Lang-Miers and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DYKE-O'NEAL, INC. recover its costs of this appeal from appellant LEONDRA JONES.

Judgment entered February 20, 2018.